John Doe

FULL NAME

**FEE DUE**

COMMITTED NAME (if different)

Glen Helen Rehab. Center

FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. Box 9490, San Bernardino, CA

2111341403

PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY BEC              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

John Doe

PLAINTIFF,

v.

San Bernardino County
Sheriff Dep't   DEFENDANT(S).

CASE NUMBER

5:22-CV-00514-JWH-JDE

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

DEMAND FOR JURY
TRIAL

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it

   appealed?  Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____


## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
   occurred?  ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed?  ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.  *See Exhibit A.*

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ *John Doe* _____
                                                        (print plaintiff's name)

who presently resides at _____ *P.O. Box 9490, San Bernardino, CA 92427* ,
                                   (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

*West Valley Detention Center, Central Detention Center*
                    (institution/city where violation occurred)

*in Rancho Cucamonga and San Bernardino, California*

on (date or dates) ___1/04/2022___, ___1/14/2022___, ___3/04/2022___.
               (Claim I)          (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant _San Bernardino County Sheriff Department_ resides or works at
(full name of first defendant)
_9500 Etiwanda Ave, Rancho Cucamonga, CA_
(full address of first defendant)
_Supervisor/Lietenant_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_By enforcing the policy of San Bernardino County_
_jails and detention centers_

2.  Defendant _West Valley Detention Center_ resides or works at
(full name of first defendant)
_9500 Etiwanda Ave, Rancho Cucamonga, CA_
(full address of first defendant)
_Supervisor_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_By being in uniform and enforcing a_
_unconstitutional policy_

3.  Defendant _Cathy Alis_ resides or works at
(full name of first defendant)
_630 E. Rialto Ave, San Bernardino, CA 92415_
(full address of first defendant)
_Psychotherapist_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_By wearing a county of San Bernardino I.D._
_and having an office at the Central Detention_
_Center._

4.  Defendant _A. Fonzi_____ resides or works at
    (full name of first defendant)
    _630 E. Rialto Ave, San Bernardino, CA_____
    (full address of first defendant)
    _Deputy_____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_by wearing a San Bernardino County Sheriff_
_uniform, and driving a Sheriff vehicle._

5.  Defendant _Central Detention Center_____ resides or works at
    (full name of first defendant)
    _630 E. Rialto Ave, San Bernardino, CA_____
    (full address of first defendant)
    _Supervisor_____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_by enforcing and fabricating unknown sick calls_
_to have Plaintiff see mental health._

on (date or dates) _____
       (Claim I)          (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

6.  Defendant _John/Jane Doe #1_____ resides or works at
    (full name of first defendant)
_630 E. Rialto Ave, San Bernardino, CA_____
(full address of first defendant)
_Supervisor/Lieutenant in Charge of C.D.C._____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
_He/She is in charge of Central Detention Center_
_and is the Boss in charge and wears a S.B. County_
_uniform._

7.  Defendant _John/Jane Doe #2_____ resides or works at
    (full name of first defendant)
_9500 Etiwanda Ave, Rancho Cucamonga, CA_____
(full address of first defendant)
_Supervisor/Lieutenant in Charge of West Valley_
(defendant's position and title, if any)               D.C.

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_He/She is in charge of West Valley Dention_
_Center and wears a S.B. County Sheriff uniform_

8.  Defendant _John Doe #3_____ resides or works at
    (full name of first defendant)
_9500 Etiwanda Ave, Rancho Cucamonga, CA_____
(full address of first defendant)
_Classification Supervisor_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_Wearing a Classification uniform inside_
_West Valley Detention Center and has an_
_office._

**D.  CLAIMS***

**CLAIM I**

The following civil right has been violated:

First Amendment Right To Petition The Government For Redress of Grievances and Fourteenth Amendment Right To Equal Protection of the Laws, and Violation of the Eighth Amendment of cruel and unjust punishment.

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1.) Defendants: San Bernardino County Sheriff Department, John Doe #1, John Doe #2 refuse to allow me the Plaintiff to use the law library to draft and file and work on my Petition For A Writ of Habeus Corpus which requires the Petition To be Typed or Hand written in ink.

2.) In addition if legal research is not included on my claims for the Petition For A Writ of Habeus Corpus it may constitute a waiver by the court.

3.) I the Plaintiff am self-represented in pro per on the criminal case

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

Claim I

for which San Bernardino County
Sheriff Department is incarcerating
me for in federal court and state court of appeal.
4.) The case is FWV21001748
titled "People of the State of California
v. Abanoob Mournir Ragheb Abdel
Malak" from the Superior Court of
California County of San Bernardino
- Rancho Cucamonga Criminal Division,
5.) Although I am not pro
per on the case at the state
trial court, I am proper in
the same criminal case in
federal court and in California
appeal courts, the following
criminal cases I am proper:
a.) Case Number: 5:21-00213 JWH
Case Location: United States District
Court Central District of California
State Criminal Case Removed To
Federal Court under 28 U.S.C. §1443,
1455
b.) Case Number: 21-56238
Case Location: Ninth Circuit
Court of Appeals
Appealed case number: 5:21-CR-00213
c.) Case Number: 4:21-cr-00360    JWH
Case Location: U.S. District   RSB CLR
Court Southern District of Georgia
State Criminal Case Removal under
28 U.S.C. §§ 1455, 1443
d.) Case Number: S273046
Court Location: California Supreme Court
e.) Case Number: E078492
Court Location: Cal. Court of Appeals 4th Dist.

6.) Therefore, I am a pro-per inmate who is entitled to use the law library.

7.) The Defendant's are denying me my constitutional right to petition the government for a redress of grievances. by denying me the tools of a law library that if someone was rich and could bail out would be able to use the law library but because I am poor I cannot use the law library.

8.) I am denied equal protection of the laws by being denied use of the law library.

**D. CLAIMS***

CLAIM I II

The following civil right has been violated:

42 U.S.C. 1983 Unconstitutional Policy, Custom, and Practice.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. The San Bernardino County Sheriff Department Policy states that only Pro-Per inmates by a court order by the Superior Court of California County of San Bernardino may use the law library.
2. This is unconstitutional because when someone like the Plaintiff is pro per on the same case in criminal appeal and/or federal court they are denied access to the law library.
3. By being denied access to the law library the Plaintiff has suffered actual injury by missing a crucial deadline in the California Supreme Court See Exhibit "B".

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**D. CLAIMS***

CLAIM I I

The following civil right has been violated:

Eighth Amendment violation of cruel and unjust punishment shall not be imposed/inflicted on inmates or prisoners and Due process of law and equal protection of law.
        Retaliation Claim

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. From December 22, 2021 up until January 14, 2022 while the Plaintiff was incarcerated the Defendants placed unauthorized "SICK CALLS" to have me evaluated by Mental Health worker Defendant Cathy Alis in an effort to discredit Plaintiff's credibility.

2.) Defendant Cathy Alis fabricated statements from which the Plaintiff never spoke to her and exercised his 5th Amendment right to remain silent, following the 2-3 minuts talk Defendant Cathy Alis and Defendant A. Fonzi fabricatted evidence to transfer the Plaintiff from C.D.C. to W.V.D.C. into the seriously mental unit.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

3. This was in retaliation to filing a grievance to use the law library.

CIVIL RIGHTS COMPLAINT

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

1.) Leave To Amend the Complaint upon being given access to the law library;
2.) To be appointed an attorney under 28 U.S.C.A. § 1915(e)(1);
3.) Actual damages according to proof;
4.) General damages according to proof;
5.) Special damages according to proof;
6.) Attorney Fees and Costs;
7.) Costs of suit;
8.) For a preliminary and permanent injunction preventing the Defendants from not allowing the Plaintiff access to the law library;
9.) For any other relief this Court deems fit
10.) Preventing this case to be assigned to
  A.) District Judges
    i.) John W. Holcomb
    ii.) David O'Carter
    iii.) Cormac J. Carney
    iv.) Michael W. Fitzgerald
    v.) Kenly Kiya Kato
11.) Declaratory Relief
12.) Injunctive Relief
13.) DEMAND FOR JURY TRIAL.

DEMAND FOR JURY TRIAL

3/13/2022                   AvA MALAK
(Date)                      (Signature of Plaintiff)

Page 11 of 11

Exhibit
"A"

Copy of Grievance
1 page
Two Sided

Page 12

Order #:   1282156
Number:   2111341403
Name:   MALAK, ABANOOB MOUNIR
Location:  **32**
**l**
**11**

Facility:   San Bernardino COMMISSARY
Printed:   01/30/2022 05:46:44 AM
Filled:   01/30/2022 05:40:58 AM

| Qty | Item # | Item Name | Price | Sub Rej | Qty | Item # | Item Name | Price | Sub Rej |
|---|---|---|---|---|---|---|---|---|---|
| | | **--- Zone 0 ---** | | | | | | | |
| 3 | 2001 | STAMPED ENVELOPE | 0.80 | 2.40 | | | | | |
| | | **--- Zone 1 ---** | | | | | | | |
| 5 | 7022 | GOLF PENCIL | 0.20 | 1.00 | | | | | |
| 5 | 4455 | MAYO PKT 9GM | 0.29 | 1.45 | | | | | |
| 1 | 4009 | MAYO SQZR 1Z | 1.09 | 1.09 | | | | | |
| 8 | 4143 | SARDINES HOT SAUCE GEISHA | 1.89 | 15.12 | | | | | |
| 3 | 4298 | HOMETOWN JALA SSG | 4.09 | 12.27 | | | | | |
| 0 | 4125 | HOT SAUCE PKT | 0.19 | 0.00 O | | | | | |
| 4 | 4111 | WHITE RICE 7Z INST | 1.89 | 7.56 | | | | | |
| 2 | 4095 | JALAPENO CHS STK | 3.29 | 6.58 | | | | | |
| 2 | 4107 | REF BEANS W/ JALA 4Z HOMETOWN | 1.99 | 3.98 L | | | | | |
| 2 | 4231 | MACKREL FILLETS | 2.59 | 5.18 | | | | | |
| 1 | 4149 | SMOKED OYSTERS 3Z | 3.19 | 3.19 | | | | | |
| 2 | 4164 | TITOS JALAPENO SLICES | 0.79 | 1.58 | | | | | |
| 1 | 4004 | DILL PICKLE HOT TITOS 5Z | 1.59 | 1.59 | | | | | |
| 2 | 6314 | HOT PORK RIND 1Z | 1.29 | 2.58 | | | | | |
| 1 | 7000 | 9X12 MANILLA ENVELOPE | 0.35 | 0.35 | | | | | |

Reject Key: A = Max Order Amount, B = Insufficient Funds,
C = Category Qty Per Order, D = Category $ Per Order, F = Item Not
Found, I = Indigent Only, L = Order Limit, M = Combined Limit, O =
Out Of Stock, P = Items Per Period, R = Restricted Item, S = May
need sub or refund,  W = Category Weekly Limit, Z = Weight Limit

**42** Total Items       Zones:

**0   1**

Total Weight:    7    lbs  12.94 oz

Beginning:   $ 73.09

Subtotal:   $ 65.92

Tax:    $ 0.03

Total:    $ 65.95

Ending:    $ 7.14

ICare Ordering 800-720-6817 I-Care Concerns 877-615-3296
Allow until Tuesday of next week for commissary credits  to be posted to your
account

Delivery Signature          Signature



## San Bernardino County Sheriff's Department
## Grievance

| | | | | | |
|---|---|---|---|---|---|
| **Grievance ID:** | G302201-0017004 | **Booking #:** | 2111341403 | **Date:** | 01/04/2022 09:25 |
| **Name:** | MALAK, ABANOOB MOUNIR | | | **Location:** | 30 / 1F |
| **Category:** | SUPPORT / Law Library | | | **Incident Date:** | 01/04/2022 09:24 |
| **Location:** | F TANK | | | | |

**Grievance:** I AM BEING DENIED THE RIGHT TO USE THE LAW LIBRARY TO DRAFT MY PETITION FOR A WRIT OF HABEUS CORPUS. THIS IS AN EMERGENCY I NEED TO USE THE LAW LIBRARY. THIS CORRUPTION NEEDS TO STOP. THIS IS URGENT!

---

| | | | |
|---|---|---|---|
| **Investigated Date:** | 01/04/2022 | **Completed Date:** | 01/04/2022 09:57 |
| **Duplicate:** | NO | **Duplicate ID:** | |

**Disposition:** REJECT

**Findings:** AS ANSWERED IN PREVIOUS REQUESTS LAW LIBRARY USE IS FOR INMATES THAT HAVE BEEN  GRANTED PRO PER STATUS BY THE COURTS. PER REQUEST  I342112-0938545 WRIT OF HABEUS CORPUS FORM WAS GIVEN TO YOU ON 12/17/21.

**Actions:** NO ACTION.

| | | | | | |
|---|---|---|---|---|---|
| **Accepted:** | NO | **Date:** | 01/12/2022 21:33 | **Allow Appeal:** | Y |

**Reason:** THE FIRST AMENDMENT GIVES ME A CONSTITUTIONAL RIGHT TO USE THE LAW LIBRARY, THE 14TH AMENDMENT GIVES ME EQUAL PROTECTION OF LAWS. BECAUSE I AM POOR I AM DENIED THE LAW LIBRARY COMPARED TO SOMEONE WHO PAYS TO BAIL OUT. THIS IS IN VIOLATION OF THE 8TH AMENDMENT. I DEMAND TO SPEAK TO A SEARGANT ASAP.

**Investigated Date:**   01/14/2022                 **Completed Date:**    01/14/2022 06:40

**Duplicate:**   NO                                 **Duplicate ID:**

**Disposition:** REJECT

**Findings:**   NO ADDITIONAL OR PERTINENT INFORMATION ADDED. ORIGINAL FINDINGS STAND.

**Actions:**    MALAK WAS SPOKEN TO AND WAS LATER SUBSEQUENTLY TRANSFERRED TO WVDC WHICH
CONTAINS A LAW LIBRARY.

**Accepted:**   NO            **Date:**   01/14/2022 18:09      **Allow Appeal:**   Y

**Reason:**    I WAS ILLEGALLY TRANSFERREED BY DEPUTY FONZI AND THE MENTAL HEALTH WORKER
CATHY ALIS FABRICATED STATEMENTS WHEN I EXERCISED MY 5TH AMENDMENT AND HAVE
ONCE AGAIN TO DISCREDIT MY CREDIBILITY TO COVER UP THE CORRUPTION TRANSFERRED
ME FROM GP7 TO SERIOUSLY MENTALLY I"LL. I DEMAND TO SPEAK TO A SEARGANT AND
DEMAND TO BE TRANSFERRED BACK TO GP7. ASAP

---

**Investigated Date:**   01/14/2022                 **Completed Date:**    01/14/2022 22:05

**Duplicate:**   NO                                 **Duplicate ID:**

**Disposition:** REJECT

**Findings:**   NO ADDITIONAL OR PERTINENT INFORMATION ADDED. ORIGINAL FINDINGS STAND.

**Actions:**    MALAK☐S ORIGINAL GRIEVANCE WAS REFERENCE LAW LIBRARY ACCESS. HE WAS
TRANSFERRED TO WVDC, WHICH CONTAINS A LAW LIBRARY. MALAK SHOULD GO THROUGH
THE PROPER LEGAL PROCESS TO REQUEST ACCESS TO THE LIBRARY.

**Accepted:**   NO            **Date:**                        **Allow Appeal:**   N

**Reason:**

INMATE COPY

# Exhibit "B"

Copy of Letter From
California Supreme Court

Denied Access To
Court Because of Denial
of Access To Law Library

(3 pages Total)
Page 13

Order #:   1282156
Number:   2111341403
Name:   MALAK, ABANOOB MOUNIR
Location:   **32**

**I**

**11**

Facility:   San Bernardino COMMISSARY
Printed:   01/30/2022 05:46:44 AM
Filled:   01/30/2022 05:40:58 AM

| Qty | Item # | Item Name | Price | Sub Rej | Qty | Item # | Item Name | Price | Sub Rej |
|---|---|---|---|---|---|---|---|---|---|
| **--- Zone 0 ---** | | | | | | | | | |
| 3 | 2001 | STAMPED ENVELOPE | 0.80 | 2.40 | | | | | |
| **--- Zone 1 ---** | | | | | | | | | |
| 5 | 7022 | GOLF PENCIL | 0.20 | 1.00 | | | | | |
| 5 | 4455 | MAYO PKT 9GM | 0.29 | 1.45 | | | | | |
| 1 | 4009 | MAYO SQZR 1Z | 1.09 | 1.09 | | | | | |
| 8 | 4143 | SARDINES HOT SAUCE GEISHA | 1.89 | 15.12 | | | | | |
| 3 | 4298 | HOMETOWN JALA SSG | 4.09 | 12.27 | | | | | |
| 0 | 4125 | HOT SAUCE PKT | 0.19 | 0.00 O | | | | | |
| 4 | 4111 | WHITE RICE 7Z INST | 1.89 | 7.56 | | | | | |
| 2 | 4095 | JALAPENO CHS STK | 3.29 | 6.58 | | | | | |
| 2 | 4107 | REF BEANS W/ JALA 4Z HOMETOWN | 1.99 | 3.98 L | | | | | |
| 2 | 4231 | MACKREL FILLETS | 2.59 | 5.18 | | | | | |
| 1 | 4149 | SMOKED OYSTERS 3Z | 3.19 | 3.19 | | | | | |
| 2 | 4164 | TITOS JALAPENO SLICES | 0.79 | 1.58 | | | | | |
| 1 | 4004 | DILL PICKLE HOT TITOS 5Z | 1.59 | 1.59 | | | | | |
| 2 | 6314 | HOT PORK RIND 1Z | 1.29 | 2.58 | | | | | |
| 1 | 7000 | 9X12 MANILLA ENVELOPE | 0.35 | 0.35 | | | | | |

Reject Key: A = Max Order Amount, B = Insufficient Funds,
C = Category Qty Per Order, D = Category $ Per Order, F = Item Not
Found, I = Indigent Only, L = Order Limit, M = Combined Limit, O =
Out Of Stock, P = Items Per Period, R = Restricted Item, S = May
need sub or refund,  W = Category Weekly Limit, Z = Weight Limit

| 42 Total Items | Zones: |
|---|---|
| **0** | **1** |

Total Weight:    7    lbs   12.94 oz

Beginning:    $ 73.09

Subtotal:    $ 65.92

Tax:    $ 0.03

Total:    $ 65.95

Ending:    $ 7.14

ICare Ordering 800-720-6817 I-Care Concerns 877-615-3296
Allow until Tuesday of next week for commissary credits  to be posted to your
account

Delivery Signature

Signature



Print Batch #: 12001
Page 137 of 451



## Supreme Court of California

**JORGE E. NAVARRETE**
CLERK AND EXECUTIVE OFFICER
OF THE SUPREME COURT

EARL WARREN BUILDING
350 McALLISTER STREET
SAN FRANCISCO, CA 94102
(415) 865-7000

March 3, 2022

Abanoob Abdel-Malak, No. 2111341403
Glenn House Rehabilitation Center
P.O. Box 9490
San Bernardino, California 92427

    **Re:    Letter dated February 14, 2022**

Dear Mr. Abdel-Malak:

    In response to your letter dated February 14, 2022 neither the Chief Justice, nor any associate justice, nor the full court may give legal advice or assistance. As you may appreciate, the law limits the courts to hearing and deciding cases. The courts may not otherwise participate in any matter that may be related to a current or future legal proceeding.

    This court does not extend time for filing a petition for review and does not provide any forms pertaining to the filing of a petition for review. If you wish to file a petition for review it must be in compliance with CRC, rule 8.500 and 8.504(b)(d)(e). An original and thirteen legible copies of a petition for review must be submitted. Service of a copy on the Court of Appeal, Superior Court and opposing party is also required.

    If you are able to have a petition for review reach the court before the loss of jurisdiction, the court may permit it to be filed late. In addition to your petition you will also need to submit an original only of an "Application for Relief from Default" which explains the reason for failing to file a timely petition. The application must also contain the following signed declaration: "I declare under penalty of perjury that the above is true and correct". Once this court loses jurisdiction, it no longer has any authority to consider or grant any relief whatsoever in the case, no matter what reason you may have for submitting a late petition.

                Very truly yours,

                JORGE E. NAVARRETE
                    Clerk and
        Executive Officer of the Supreme Court

            By:  C.Wong, Deputy Clerk

cc:    Rec.

Date: February 14, 2022
Attn: Chief Justice Cantil-Sakauye
  To: California Supreme Court
    350 McAllister Street
    San Francisco, CA 94102

From: Abanoob Abdel-Malak
    Booking#: 2111341403
    PO Box 9490
    San Bernardino, CA 92427

Dear Chief Justice Cantil-Sakauye,

    This is Abanoob Abdel-Malak again, from Case Number: S273046. I understand that you have transferred my case to the Court of Appeal, Fourth Appellate District, Division Two but I urgently need emergency assistance pertaining to my case.
    I am confident and predict that the Court of Appeal, Fourth Appellate District, Division Two will deny my Petition and have my case assigned to Appellate Judge Manuel Ramirez, the Defendant from my Federal Civil Rights Case in Federal Court, Case No.: 3:20-cv-00322 from the United States District Court Central District of California, therefore I am asking this court to provide me with a Petition For Review form, please.
    Currently, as I have

Page 1 of 2

RECEIVED
FEB 28 2022
CLERK SUPREME COURT

mentioned in previous letters, I do not have access to a law library or legal resources because I am illegally incarcerated at San Bernardino County Sheriff Department's Detention and Jails (currently located at Glen Helen Rehabilitation Center), which does not have a law library and per their "illegal policy" or that is their excuse, I am not permitted to use the law library or have legal resources.

I urgently need a court order to use the law library to work on my Petition For Review and need an extension to have more time to prepare the Petition For Review.

Lastly, PLEASE, PLEASE, PLEASE, send me a California Supreme Court Petition For Review Form like the one I received when I requested a Petition For Writ of Habeas Corpus form. Have a good day and thanks in advance.

Sincerely,

AvA MALAK

Abanoob Abdel-Malak

Page 2 of 2



LEGAL MAIL

Attention: Pro Se Clerk
To: United States District Court
    Central District of California
    312 North Spring Street
    Room G-8
    Los Angeles, California 90012

John Doe
Booking Number 211134403
P.O. Box 9440
San Bernardino, CA 92427

EMERGENCY
File On Demand.

(Contains 25
(Legal Documents