UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANOOB MOUNIR MALAK, | Case No. 5:22-cv-00514-JWH-JDE |
| Plaintiff, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| SAN BERNARDINO COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Abanoob Mounir Malak ("Plaintiff"); Plaintiff's Request to Proceed Without Prepayment of Filing Fees (Dkt. 2, "IFP Request"); the Order re Plaintiff's Complaint issued by the assigned Magistrate Judge (Dkt. 4); and the Report and Recommendation issued by the Magistrate Judge (Dkt. 16, "Report").  No party filed timely objections to the Report.  The Court **ACCEPTS** the findings and recommendation of the Magistrate Judge.  As a result, it is hereby **ORDERED** as follows:

1. Plaintiff's Complaint (Dkt. 1) is **DISMISSED**.
2. Plaintiff's IFP Request (Dkt. 2) is **DENIED**.
3. Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

Dated: January 5, 2023

JOHN W. HOLCOMB
United States District Judge