UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANOOB MOUNIR MALAK,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | Case No. 5:22-cv-00514-JWH-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: January 5, 2023

JOHN W. HOLCOMB
United States District Judge